AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

ERICA ROMERO

CASE NUMBER: 05- 76 M -2

To: The United States Marshal
and any Authorized United States Officer



**YOU ARE HEREBY COMMANDED** to arrest ERICA ROMERO  when and as stated in

the Criminal Complaint  and Affidavit which are incorporated herein by reference and bring her to the nearest

magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging her with (brief description of offense)

with intent to defraud, passing, uttering, and keeping in her possession counterfeited obligations of the United
States, e.g., counterfeit $100 Federal Reserve notes,

in violation of Title  __18__  United States Code, Section (s)  __472.__ _____

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

April 18, 2005     Wilmington, DE
Date and Location

Bail fixed at $ _____

by_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

ERICA ROMERO

| DATE RECEIVED 4-18-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-18-05 | for William David Dusm | William Steen |

AO 442 (Rev. 12/85) Warrant for Arrest